LAW OFFICES OF ALAN E. FERGUSON
Alan E. Ferguson, Esq.
3200 Fourth Avenue, Suite 207
San Diego, CA 92103
PH: (619) 299-4999 FAX: (619) 299-8121

Attorney for Material Witnesses

FILED
2008 SEP -5 PM 4:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
FRANCISCO ZAPOT-PALACIOS, et al.
Defendants.

08mj8512
Crim. Case No. 08cr1696-H

ORDER RELEASING MATERIAL WITNESSES

On application of Alan E. Ferguson, Attorney for the below-named material witnesses, EUSEBIO MARTINEZ-PEREZ and RUBEN VALADEZ-ARREDONDO, and upon completion of a videotaped deposition and stipulation of the parties,

///

///

///

///

///

///

///

///

CR

IT IS HEREBY ORDERED that the following named persons heretofore committed to the custody of the United States Marshal as material witnesses be released from custody forthwith and remanded to their respective countries of origin:

**Eusebio MARTINEZ-Perez, Fed. Reg. #** 06416-298

**Ruben VALADEZ-Arredondo, Fed. Reg. #** 06409-298
A 097477042

DATED: September 5, 2008

UNITED STATES MAGISTRATE JUDGE

Approved as to form and content:

KAREN HEWITT
United States Attorney

A. D. Blanchard
Assistant U. S. Attorney

Attorney for Defendant
Pena-Tinoco

Attorney for Defendant
RAMOS-Galdamez